EL PUEBLO, DEMANDANTE Y APELADO, *v.* TORRES, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Aguadilla, en causa por infracción del artículo 2 de la Ley Orgánica.

No. 1491.—Resuelto en julio 30, 1920, por los fundamentos del caso de *El Pueblo v. Torres,* No. 1492, de julio 30, 1920, (pág. 835).

Abogado del apelante: *Sr. E. Martínez Avilés.*
Abogado del apelado: *Sr. J. E. Figueras,* Fiscal.

> *Revocada la sentencia apelada sobreseyéndose la causa.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.